734

SIERRA FRANK, Appellant, v WILLIAM H. EATON et al., Respondents.

Submitted December 15, 2008; decided February 12, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

Chief Judge LIPPMAN taking no part.

In the Matter of TOWN OF MONTAUK, Appellant, v GEORGE E. PATAKI et al., Respondents.

Submitted January 12, 2009; decided February 12, 2009

Motion for reargument denied [*see* 10 NY3d 823 (2008)].

Chief Judge LIPPMAN taking no part.

JOHN NELSON, Respondent, v SHANER CABLE, INC., Doing Business as EL-MAR COMMUNICATIONS Co., Appellant.

Submitted January 5, 2009; decided February 12, 2009

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.